## Matthew P. Mazzola

**From:** BRIAN HUSSEY [bmhussey@msn.com]
**Sent:** Monday, March 03, 2008 7:08 AM
**To:** Matthew P. Mazzola
**Cc:** bmhussey@msn.com
**Subject:** Re: Ognibene

Brian M. Hussey
Attorney at Law
2929 Kinloch Road
Wantagh, New York 11793-1713

> ----- Original Message -----
> **From:** Matthew P. Mazzola
> **To:** BRIAN HUSSEY
> **Sent:** Wednesday, February 27, 2008 9:16 AM
> **Subject:** RE: Ognibene
>
> Mr. Hussey,
>
> Please forward your mailing address.
>
> Thanks, Matt
> Matthew P. Mazzola, Esq.
> Russo, Keane & Toner, LLP
> 212-482-0001
> Fax #212-482-0002
> Email: mmazzola@rktlaw.com
>
> Disclaimer: This message (which may contain information that is privileged, confidential and exempt from disclosure under applicable law) is intended only for the use of the individual or entity to which it is addressed. If the receiver of this message is not the intended recipient, or as the employee or agent responsible for opening this message, you are hereby notified that any dissemination, distribution or copying of this message or its attachment(s) is strictly prohibited. If you have received this message in error, please delete this message from your system and notify us immediately by telephone at (212) 482-0001.
>
> **From:** BRIAN HUSSEY [mailto:bmhussey@msn.com]
> **Sent:** Tuesday, February 26, 2008 11:17 PM
> **To:** Matthew P. Mazzola
> **Subject:** Re: Ognibene
>
> Thanks for the response. I expect the retainer back from the Administrator any day. I will accept papers by mail and sign the federal acknowledgment form.
>
> BMH
>
>> ----- Original Message -----
>> **From:** Matthew P. Mazzola
>> **To:** bmhussey@msn.com
>> **Sent:** Tuesday, February 26, 2008 2:14 PM
>> **Subject:** Ognibene
>>
>> Dear Mr. Hussey,

6/11/2009

    We have not yet filed the Summons and complaint in this action, as we were waiting for Mr. Canzoneri to retain your services. Please let me know your address so we may serve you on behalf of Mr. Bailey.

Thanks, Matt

Matthew P. Mazzola, Esq.
Russo, Keane & Toner, LLP
212-482-0001
Fax #212-482-0002
Email: mmazzola@rktlaw.com

Disclaimer: This message (which may contain information that is privileged, confidential and exempt from disclosure under applicable law) is intended only for the use of the individual or entity to which it is addressed. If the receiver of this message is not the intended recipient, or as the employee or agent responsible for opening this message, you are hereby notified that any dissemination, distribution or copying of this message or its attachment(s) is strictly prohibited. If you have received this message in error, please delete this message from your system and notify us immediately by telephone at (212) 482-0001.

6/11/2009